965 A.2d 114

IN THE MATTER OF JAMES D. BRADY,
AN ATTORNEY AT LAW.

February 11, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–233, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **JAMES D. BRADY** of **MERCHANTVILLE,** who was admitted to the bar of this State in 1982, should be censured for violating *RPC* 1.15(a) (commingling), *RPC* 1.15(d) (recordkeeping violations), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **JAMES D. BRADY** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.